UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES JOHANNSEN, | : | CIVIL ACTION NO. |
| | : | 3:00 CV 2270 (AWT) |
| Plaintiff, | : | |
| vs. | : | |
| | : | |
| ZIMMER CORP. AND SMITH & NEPHEW RICHARDS, INC. | : | |
| | : | |
| Defendants. | : | APRIL 4, 2005 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Civil Rules of this Court, the undersigned counsel respectfully moves this Court to withdraw the appearance of **DEBORAH S. RUSSO** in the above-captioned matter on behalf of the defendants.  Other counsel from Day, Berry & Howard have entered an appearance for these defendants.

DEFENDANT, ZIMMER, INC.

By _____
Deborah S. Russo (ct 18818)
*dsrusso@dbh.com*
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
Their Attorneys

-2-

                              Albert J. Dahm (ct21710)
                              Michael S. Elvin (ct21711)
                              DAHM & ELVIN, LLP
                              9604 Coldwater Road, Suite 201
                              Fort Wayne, Indiana  46825
                              Telephone:  (260) 497-6000
                              Fax:  (260) 497-6019
                              E-mail:  *bert.dahm@dahmelvin.com*

## **CERTIFICATION**

THIS IS TO CERTIFY that on this 4th day of April, 2005, a copy of the foregoing was mailed first class, postage prepaid, to all counsel and pro se parties of record, as follows:

Robert I. Reardon, Jr.
The Reardon Law Firm, P.C.
160 Hempstead Street
P.O. Drawer 1430
New London, CT  06320

                              _____

                              Deborah S. Russo