FILED

2005 APR -5 A 8:30

DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES JOHANNSEN, | : | CIVIL ACTION NO. |
| | : | 3:00 CV 2270 (AWT) |
| Plaintiff, | : | |
| vs. | : | |
| | : | |
| ZIMMER CORP. AND SMITH & NEPHEW | : | |
| RICHARDS, INC. | : | |
| | : | |
| Defendants. | : | APRIL 4, 2005 |

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to Rule 7(e) of the Local Civil Rules of this Court, the undersigned counsel respectfully moves this Court to withdraw the appearance of **DEBORAH S. RUSSO** in the above-captioned matter on behalf of the defendants. Other counsel from Day, Berry & Howard have entered an appearance for these defendants.

DEFENDANT, ZIMMER, INC.

By _____
Deborah S. Russo (ct 18818)
dsrusso@dbh.com
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
Their Attorneys

GRANTED. It is so ordered.

_____
Alvin W. Thompson, U.S.D.J
Hartford, CT  4/8/05