UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**JURY SELECTION**

Hon. Janet C. Hall
915 Lafayette Blvd.
Courtroom 2
Bridgeport, CT 06604

All counsel shall report at 8:30 A.M.

Problems with the selection of juries or in the assignment of trial dates shall be discussed initially among all counsel. Any request to the court shall be made at the EARLIEST POSSIBLE TIME, and no continuances shall be granted EXCEPT WHEN SUBMITTED IN WRITING, after such consultation and upon good cause shown.

Any request by counsel for a continuance to the next jury selection date must include a representation that his/her client joins in the request.

In criminal cases, voir dire questions shall be filed five days before the jury selection and requests for jury instructions shall be filed two days before jury selection. Jury instructions should be submitted in written form and on a 3 ½" diskette formatted for WordPerfect 11.0.

In civil cases, counsel must ensure that the Joint Trial memorandum is complete in all respects, prior to the pretrial conference.

All cases shall be deemed ready to proceed to trial immediately following completion of jury selection. Counsel shall be prepared on 48 hours notice in the event of a settlement or continuances granted in other cases.